1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7       **DISTRICT OF NEVADA**
8
9    ANTHONY ROSS BLACK,                          )
                                                   )
10              Petitioner,                        )        3:05-cv-0316-HDM-VPC
                                                   )
11   vs.                                           )
                                                   )        **ORDER**
12   E.K. McDANIEL, *et al.*,                      )
                                                   )
13              Respondents.                       )
                                                   )
14   _____)
15
16          This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by

     pro se petitioner Anthony Black.  On June 23, 2008, this Court denied the petition for writ of habeas
17
     corpus and determined petitioner was not entitled to a certificate of appealability (docket #37).  The
18
     Clerk entered judgment the following day (docket #38).  Petitioner then filed a motion to alter or
19
     amend the judgment (docket #47) and a motion for appointment of counsel (docket #46). This Court
20
     denied those motions (docket #52).
21
            Now before the Court is petitioner's motion for certificate of appealability (docket
22
     #56) and motion for appointment of counsel (docket #57).  This Court has previously denied
23
     petitioner a certificate of appealability, and the Ninth Circuit Court of Appeals also denied a
24
     certificate of appealability (docket #50).
25
            In order to proceed with an appeal from this court, petitioner must receive a certificate
26
     of appealability.  28 U.S.C. § 2253(c)(1).  Generally, a petitioner must make "a substantial showing

of the denial of a constitutional right" to warrant a certificate of appealability. *Id.* The Supreme Court has held that a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Supreme Court further illuminated the standard for issuance of a certificate of appealability in *Miller-El v. Cockrell*, 537 U.S. 322 (2003). The Court stated in that case:

> We do not require petitioner to prove, before the issuance of a COA, that some jurists would grant the petition for habeas corpus. Indeed, a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail. As we stated in *Slack*, "[w]here a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."

*Id.* at 1040 (quoting *Slack*, 529 U.S. at 484).

The court has considered the issues raised by petitioner, with respect to whether they satisfy the standard for issuance of a certificate of appeal, and the court determines that none meet that standard. Petitioner has not shown that reasonable jurists would find this Court's assessment of petitioner's constitutional claims debatable or wrong. The Court will deny the motion for certificate of appealability. Moreover, the Court will deny the motion for appointment of counsel. This Court has previously denied petitioner's motions for appointment of counsel, and petitioner has not shown any change in circumstances at this time.

**IT IS THEREFORE ORDERED** that the motion for certificate of appealability (docket #56) is **DENIED**.

///

///

///

///

///

2

1        **IT IS FURTHER ORDERED** that the motion for appointment of counsel (docket

2   #57) is **DENIED**.

3        Dated this 28th day of September, 2009.

4

5

6   _____

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26