# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY ROSS BLACK, | |
| Petitioner, | 3:05-cv-0316-HDM-VPC |
| vs. | |
| E.K. McDANIEL, *et al.*, | ORDER |
| Respondents. | |

     This is a closed action on a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, brought by Anthony Ross Black, a Nevada prisoner. Respondents move to substitute parties to replace Renee Baker for respondent E.K. McDaniel (ECF No. 62). Because the case is closed and a certificate of appealability has been denied by the Ninth Circuit Court of Appeals (ECF No. 22) this motion shall be denied as moot.

     **IT IS SO ORDERED**.

     Dated this 8th day of November, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE