UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY ROSS BLACK, | ) | |
| Petitioner, | ) | 3:05-cv-0316-HDM-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

   This is a closed action on a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, brought by Anthony Ross Black, a Nevada prisoner. Respondents move to substitute parties to replace Renee Baker for respondent E.K. McDaniel (ECF No. 62). Because the case is closed and a certificate of appealability has been denied by the Ninth Circuit Court of Appeals (ECF No. 22) this motion shall be denied as moot.

   **IT IS SO ORDERED**.

   Dated this 8th day of November, 2011.

                _____
                UNITED STATES DISTRICT JUDGE